STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05- 1128 consolidated with 05-405

STATE OF LOUISIANA

VERSUS

ANTHONY CRAIG PITRE


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 101384,
HONORABLE MARILYN CARR CASTLE, DISTRICT JUDGE

************

MARC T. AMY
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Marc T. Amy and
Glenn B. Gremillion, Judges.

CONVICTION AND SENTENCE AFFIRMED.
MOTION TO WITHDRAW GRANTED.

Michael Harson
District Attorney
Post Office Box 3306
Lafayette, LA   70502-3306
(337) 232-5170
COUNSEL FOR APPELLEE:
        State of Louisiana

G. Paul Marx
Louisiana Appellate Project
Post Office Box 82389
Lafayette, LA   70598
(337) 237-2537
COUNSEL FOR DEFENDANT/APPELLANT:
        Anthony Craig Pitre

AMY, Judge.

For the reasons assigned this day in the companion case of *State of Louisiana v. Anthony Craig Pitre*, 05-405 (La.App. 3 Cir. __/__/06), _ So.2d _, the defendant's conviction and sentence are affirmed. The motion to withdraw is granted.

**CONVICTION AND SENTENCE AFFIRMED. MOTION TO WITHDRAW GRANTED.**